UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20619-CIV-GRAHAM/O'SULLIVAN

ELLER MEDIA COMPANY, n/k/a
CLEAR CHANNEL OUTDOOR, INC.,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA
and AIG TECHNICAL SERVICES, INC.,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on Cabaniss Smith Toole & Wiggins, PL's Emergency Motion for Protective Order and for Order to Quash and Memorandum of Law (DE # 49, 12/7/07). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that Cabaniss Smith Toole & Wiggins, PL's Emergency Motion for Protective Order (DE # 49, 12/7/07) is **GRANTED** and Cabaniss Smith Toole & Wiggins, PL's Emergency Motion for Order to Quash (DE # 49, 12/7/07) is **DENIED as moot**. The discovery cutoff was December 3, 2007. See Scheduling Order (DE# 12, 5/22/07). The subpoenas duces tecum issued on November 29, 2007 required compliance by December 10, 2007 and December 13, 2007, respectively. The Local Rules provide that "[c]ounsel may, by agreement, conduct discovery after the formal completion date but should not rely upon the Court to resolve discovery disputes arising after the discovery completion date." See Appendix A.I.E (1) to the Local Rules. Since both subpoenas required compliance outside the discovery period, the Court will

not enforce the subpoenas. Accordingly, Cabaniss Smith Toole & Wiggins, PL's request for a protective order is granted and its request for a Order quashing the subpoenas is denied as moot.

Non-party Cabaniss Smith Toole & Wiggins, PL is **not** required to bring copies of the documents identified in paragraph 1, A thru D, of its Notice of Partial Resolution of the Matters Raised in Cabaniss, Smith, Toole & Wiggins, PL's Emergency Motion for Protective Order and for Order to Quash and Memorandum of Law (DE# 51, 12/10/07) to the January 28, 2008 hearing. On December 19, 2007, the Court was advised by the plaintiff's counsel that the documents identified in paragraph 1, A thru D, are no longer in dispute and the parties have been provided with copies of those documents. It is further

ORDERED AND ADJUDGED that the Court shall proceed with the hearing on Plaintiff's Motion to Compel (DE# 53, 12/10/07) on **Monday, January 28, 2008 at 2:00 p.m**. in the South Courtroom, United States District Court, 300 NE 1st Avenue, Miami, Florida, 33132.  Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.  It is further

ORDERED AND ADJUDGED that defendant National Union Fire Insurance Company of Pittsburgh, PA. shall bring copies of all documents listed in its privilege log, attached as Exhibit "B" to the Plaintiff's Motion to Compel (DE# 53, 12/10/07), to the January 28, 2008 hearing.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **20th** day of December, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States District Judge Graham
All Counsel of Record

Copies mailed by Chambers to:

Larry D. Smith, Esq.
Cabaniss Smith Toole & Wiggins, PL
P.O. Box 4924
Orlando, FL 32802-4924